# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**James Brown**
    Plaintiff(s)

vs.                **CASE NUMBER: 5:11-cv-668 (FJS/ATB)**

**Jason Wells, Patricia Sargent**
    Defendant(s)

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury finds no cause for action as to the remaining claims of false arrest and excessive force.

All of the above pursuant to a jury verdict rendered before the Honorable Frederick J. Scullin on the 27th day of June, 2013.

DATED: June 28, 2013

*Lawrence K. Baerman*
Clerk of Court

*Barbara J. Woodford*
_____
Barbara J. Woodford
Deputy Clerk